## ☾ CASE NUMBER: 24-CA-000764
### Crema Fina, Inc. vs Direct International Wine & Spirits of Florida, LLC

Case Number: 24-CA-000764  
Uniform Case Number: 292024CA000764A001HC  
Filed On: 2024-01-29  
Case Type: Intellectual Property  
Case Status: Open  

Judicial Officer: Farfante, Darren. D  
Defendant: Direct International Wine & Spirits of Florida, LLC  
Amount Due: $0.00  

**CASE PARTY INFORMATION**

| Party Type | Name | Attorney | Attorney Contact |
|---|---|---|---|

**CASE JUDGE INFORMATION**

| Judge Assigned | Division | Date | Reason |
|---|---|---|---|
| Farfante, D. Darren | Division L | 01/29/2024 | |

**CASE EVENT INFORMATION**

| Event Date | Doc Index | Charge Number | Title |
|---|---|---|---|
| 01/30/2024 | 21 | | E-FILED SUMMONS ISSUED "Defendant: Varena, Mauro" |
| 01/30/2024 | 20 | | E-FILED SUMMONS ISSUED "Defendant: Perez, Ruth" |
| 01/30/2024 | 19 | | E-FILED SUMMONS ISSUED "Defendant: Perez, Pablo" |
| 01/30/2024 | 18 | | E-FILED SUMMONS ISSUED "Defendant: Morales, Eduardo" |
| 01/30/2024 | 17 | | E-FILED SUMMONS ISSUED "Defendant: Mesk &amp; Co." |
| 01/30/2024 | 16 | | E-FILED SUMMONS ISSUED "Defendant: Lial Drinks, S.L." |
| 01/30/2024 | 15 | | E-FILED SUMMONS ISSUED "Defendant: Espadafor, Jose" |
| 01/30/2024 | 14 | | E-FILED SUMMONS ISSUED "Defendant: Direct International Wine &amp; Spirits of Florida, LLC" |
| 01/30/2024 | 13 | | E-FILED SUMMONS ISSUED "Defendant: Alexander, Nicholas" |
| 01/29/2024 | 12 | | E-FILED REQUEST FOR SUMMONS TO BE ISSUED "Plaintiff: Crema Fina, Inc." |
| 01/29/2024 | 11 | | E-FILED REQUEST FOR SUMMONS TO BE ISSUED "Plaintiff: Crema Fina, Inc." |
| 01/29/2024 | 10 | | E-FILED REQUEST FOR SUMMONS TO BE ISSUED "Plaintiff: Crema Fina, Inc." |
| 01/29/2024 | 9 | | E-FILED REQUEST FOR SUMMONS TO BE ISSUED "Plaintiff: Crema Fina, Inc." |
| 01/29/2024 | 8 | | E-FILED REQUEST FOR SUMMONS TO BE ISSUED "Plaintiff: Crema Fina, Inc." |
| 01/29/2024 | 7 | | E-FILED REQUEST FOR SUMMONS TO BE ISSUED "Plaintiff: Crema Fina, Inc." |
| 01/29/2024 | 6 | | E-FILED REQUEST FOR SUMMONS TO BE ISSUED "Plaintiff: Crema Fina, Inc." |
| 01/29/2024 | 5 | | E-FILED REQUEST FOR SUMMONS TO BE ISSUED "Plaintiff: Crema Fina, Inc." |
| 01/29/2024 | 4 | | E-FILED REQUEST FOR SUMMONS TO BE ISSUED "Plaintiff: Crema Fina, Inc." |

## ☾ CASE NUMBER: 24-CA-000764

**Crema Fina, Inc. vs Direct International Wine & Spirits of Florida, LLC**

| | | |
|---|---|---|
| 01/29/2024 | 3 | COMPLAINT |
| | | "Plaintiff: Crema Fina, Inc." |
| 01/29/2024 | 2 | REQUEST FOR DIVISION ASSIGNMENT (E-FILING) |
| | | "Plaintiff: Crema Fina, Inc." |
| 01/29/2024 | 1 | CIVIL COVER SHEET |
| | | "Plaintiff: Crema Fina, Inc." |