IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

CREMA FINA, INC.

Plaintiff

CASE NO.: 24-CA-000764
DIVISION: L

vs.

NICHOLAS ALEXANDER; DIRECT INTERNATIONAL
WINE & SPIRITS OF FLORIDA, LLC d/b/a MEXCOR
DISTRIBUTORS OF FLORIDA, a foreign limited
liability company; JOSE ESPADAFOR; LIAL DRINKS,
S.L.; MESK & CO.; EDUARDO MORALES; PABLO PEREZ;
RUTH PEREZ; MAURO VARENA

Defendants
_____/

## AFFIDAVIT OF SERVICE

I, ANDREW L. GARZA (PSC 4491), depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

For: DEAN ADRIAN KENT, ESQUIRE
Date And Time Received: 2-6-24 @ 1:06 PM

Documents: SUMMONS ; COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL with EXHIBIT "A"

Serve To: EDUARDO MORALES
Address: 11177 COMPAQ CENTER WEST DRIVE, HOUSTON, TX 77070
Date And Time Served: 2-8-24 @ 3:25 PM

Method Of Service: [ ] Individual [ X ] Substitute [ ] Corporate [ ] Govt. Agency [ ] Posted
                   [ ] Non-Served (see comments) [ ] Service On A Minor [ ] Public Agency

Person Served: EILEEN DE LA CRUZ        Capacity: HR MANAGER AUTHORIZED TO ACCEPT SERVICE o/b/o
                                                  EDUARDO MORALES
Address: 11177 COMPAQ CENTER WEST DRIVE, HOUSTON, TX 77070
Military Status: [ ] N/A [ X ] Not In Military [ ] Active Military Duty

Comments: *The address provided is Eduardo Morales' place of business. Eileen De La Cruz stated that she was authorized to accept service o/b/o Eduardo Morales.*

I certify that I have no interest in the above action, am of legal age, and have proper authority in the jurisdiction in which this service was made. Under penalty of perjury, I declare that the facts set forth are true and correct.

_Andrew L. Gary_
(signature of server)

executed on 02/14/2024

Premier Process Service
P.O. Box 270967
Tampa, FL 33688

Subscribed and Sworn to, before me, on the ___14___ of February, 2024 by the affiant.

_____
Notary Public

BLANCHE CUNNINGHAM
Notary Public, State of Texas
Comm. Expires 09-30-2026
Notary ID 128439279

IN THE CIRCUIT/COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT,
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

<u>**CREMA FINA, INC.**</u>　　　　　　　　　　　Case Number.: <u>**24-CA-000764**</u>
Plaintiff(s)
vs
<u>**NICHOLAS ALEXANDER; DIRECT INTERNATIONAL WINE & SPIRITS OF FLORIDA, LLC D/B/A MEXCOR DISTRIBUTORS OF FLORIDA, A FOREIGN LIMITED LIABILITY COMPANY ; JOSE ESPADAFOR; LIAL DRINKS, S.L.; MESK & CO.; EDUARDO MORALES; PABLO PEREZ; RUTH PEREZ; MAURO VARENA**</u>　　　Division L
Defendant(s)

**SUMMONS**

**THE STATE OF FLORIDA**:
To Each Sheriff of the State:
　　**YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant(s)
　　**EDUARDO MORALES**
　　**11177 COMPAQ CENTER W DR**
　　**HOUSTON TX  77070**

　　Each defendant is required to serve written defenses to the complaint or petition on **DEAN ADRIAN KENT** , plaintiff's attorney, whose address is **101 E KENNEDY BLVD STE 2700 TAMPA FL  33602** within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

**DATED** on January 30, 2024.

Attorney: <u>DEAN ADRIAN KENT</u>
Attorney For: <u>Crema Fina, Inc.</u>
Address: <u>101 E KENNEDY BLVD STE 2700 TAMPA FL  33602</u>

CINDY STUART
CLERK OF THE CIRCUIT COURT

24-CA-000764 1/30/2024 12:16:20 PM

CINDY STUART, CLERK

Florida Bar No: <u>307040</u>

24-CA-000764 1/30/2024 12:16:20 PM
Prepared By:Lorelys Plaud, Deputy Clerk
P.O. Box 3360　　　　　800 E Twiggs St
Tampa, FL 33601　　　Room 101
　　　　　　　　　　　Tampa FL 33602
(813)276-8100

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

　　Filed 1/30/2024 12:20:34 PM Hillsborough County Clerk of the Circuit Court

¹Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

Filed 1/30/2024 12:20:34 PM Hillsborough County Clerk of the Circuit Court

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con el Coordinador de ADA, Hillsborough County Courthouse, 800 E. Twiggs St., Sala 604, Tampa, Florida 33602, (813) 272-7040, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter le coordinateur de l'ADA Hillsborough County Courthouse, 800 E. Twiggs St., Salle 604, Tampa, Florida 33602, (813) 272-7040, au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prevue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

### Enpòtan

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

Filed 1/30/2024 12:20:34 PM Hillsborough County Clerk of the Circuit Court

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/Pwokire a" (Pleyan oswa avoka li) non anba a.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribunal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.**

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

Filed 1/30/2024 12:20:34 PM Hillsborough County Clerk of the Circuit Court