UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CREMA FINA, INC.,

       CASE NO.: 24-cv-00562-MSS-NHA

    Plaintiff,

v.

DIRECT INTERNATIONAL WINE & SPIRITS
OF FLORIDA, LLC., MESK & CO.,
LIAL DRINKS, S.L., JOSE ESPADAFOR,
EDUARDO MORALES, NICHOLAS
ALEXANDER, PABLO PEREZ, RUTH PEREZ,
MAURO VARENA,

    Defendants.
_____/

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, and Local Rule 3.09, Crema Fina, Inc. ("Crema") and Direct International Wine & Spirits of Florida, LLC ("Direct"), Eduardo Morales ("Morales"), and Nicholas Alexander ("Alexander")(collectively the "Parties"), by and through their undersigned attorneys, hereby provide this *Joint Motion for Dismissal with Prejudice* ("Motion to Dismiss"). The Parties stipulate and agree to dismiss all pending claims and counterclaims with prejudice. Each party will bear its own costs, expenses, and attorneys' fees.

1

DATED: June 10, 2024.

Respectfully Submitted,

| *s/ Justin S. Maya* | *s/Dean A. Kent* |
|---|---|
| CODY GERMAN | DEAN A. KENT |
| Florida Bar No. 58654 | Florida Bar No. 0307040 |
| Cody.german@csklegal.com | dkent@trenam.com |
| Ieshia.owens@csklegal.com | ac@trenam.com |
| JUSTIN S. MAYA | Trenam Law |
| Florida Bar No. 126087 | 101 East Kennedy Boulevard |
| Justin.maya@csklegal.com | Suite 2700 |
| HORACIA J. RUIZ-LUGO | Tampa, Florida 33602 |
| Florida Bar No. 1048967 | Phone: 813-223-7474 |
| Horacio.ruiz-lugo@csklegal.com | Facsimile: 813-229-6553 |
| Cole, Scott & Kissane, P.A. | *Attorneys for Crema Fina, Inc.* |
| 9150 South Dadeland Boulevard | |
| Suite 1400 | |
| Miami, FL 33156 | |
| Phone: 786-268-8752 | |
| Facsimile: 305-373-2294 | |
| *Attorneys for Crema Fina, Inc. and Direct International Wine & Spirits of Florida, LLC, Eduardo Morales, and Nicholas Alexander* | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 10, 2024, a copy of the foregoing Joint Motion for Dismissal with Prejudice has been furnished via **CM/ECF** on all counsel of record.

/s/ Dean A. Kent
Attorney