# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CREMA FINA, INC.,

      Plaintiff,

CASE NO.: 24-cv-00562-MSS-NHA

v.

DIRECT INTERNATIONAL WINE & SPIRITS
OF FLORIDA, LLC., MESK & CO.,
LIAL DRINKS, S.L., JOSE ESPADAFOR,
EDUARDO MORALES, NICHOLAS
ALEXANDER, PABLO PEREZ, RUTH PEREZ,
MAURO VARENA,

      Defendants.
_____ /

## NOTICE OF VOLUNTARY DISMISSAL OF
## DEFENDANTS LIAL DRINKS, S.L. AND JOSE ESPADAFOR

Plaintiff, Crema Fina, Inc., by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., hereby gives notice that this action is voluntarily dismissed, without prejudice, against Defendants: Lial Drinks, S.L. and Jose Espadafor.

                /s/ *Dean A. Kent*
                DEAN A. KENT
                Florida Bar No. 0307040
                TRENAM LAW
                dkent@trenam.com /ac@trenam.com
                Bank of America Plaza
                101 East Kennedy Blvd., Suite 2700
                Tampa, FL 33602-5150
                Phone: (813) 223-7474 / Fax: (813) 229-6553
                Attorneys for Crema Fina

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 8, 2024, a copy of the foregoing Notice of Voluntary Dismissal of Defendants Lial Drinks, S.L. and Jose Espadafor has been furnished via **CM/ECF** on all counsel of record.

/s/ Dean A. Kent
Attorney
